UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| Northern Indiana Public Service Company ) | |
| ) | Cause No.    2:16-cv-516 |
| Plaintiff, ) | |
| ) | Judge Jon E. DeGuilio |
| vs. ) | |
| ) | Magistrate Judge Paul R. Cherry |
| Allianz Underwriters Ins. Co. f/k/a Allianz   ) | |
| Underwriters, Inc. American Empire Surplus) | |
| Lines Ins. Co. f/k/a Great AM. Surplus Lines) | |
| Ins. Co.; American Home Assurance Co.;      ) | |
| Century Indemnity Co., a/s/t Cigna Specialty) | |
| Ins. Co., f/k/a California Union Ins. Co.;    ) | |
| Lexington Ins. Co.; National Union Fire Ins. ) | |
| Co. of Pittsburgh; Pennsylvania General Ins. ) | |
| Co. a/s/t American Employers' Insurance    ) | |
| Co., TIG Insurance Co., a/s/t International   ) | |
| Ins. Co., a/s/t International Surplus Lines    ) | |
| Ins. Co.;                                                       ) | |
| Defendants.    ) | |

## **NOTIFICATION OF CORPORATE AFFILIATES**

Defendant, TIG INSURANCE CO., pursuant to Rule 7.1 of the Federal Rules of Civil Procedure provides the following Notification of Corporate Affiliates:

TIG Insurance Company is ultimately a wholly-owned subsidiary of Fairfax Financial Holdings Limited, which is publicly traded.

                                          TIG INSURANCE COMPANY

                              By:    /s/Timothy J. Fagan
                                              One of Its Attorneys

Timothy J. Fagan (ARDC # 6202552)
Clay H. Phillips (ARDC # 2199041)
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
(312) 894-3210 – Facsimile
E-Mail:  tfagan@salawus.com
E-Mail:  cphillips@salawus.com